# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Krizia L. Laboy Rivera,

      Plaintiff,

v.

The Prudential Insurance Company of
America,

      Defendant.

Case No. 26-CV-01325 (JMB/EMB)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff Krizia L. Laboy Rivera's and Defendant The Prudential Insurance Company of America's Joint Stipulation for Dismissal. (Doc. No. 14.) Krizia L. Laboy Rivera wishes to dismiss their Complaint (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  May 26, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

1