# UNITED STATES DISTRICT COURT
## District of Minnesota

Krizia L. Laboy Rivera,

                Plaintiff(s),

v.

Prudential Insurance Company of America,
The,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1325 JMB/EMB

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Date: 5/27/2026

KATE M. FOGARTY, CLERK